

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00022-CR
No. 04-22-00023-CR
No. 04-22-00024-CR

Nathanael Lee **SCHOEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court Nos. A19182, A19183, A19184
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's final judgments in trial cause numbers A19182, A19183, and A19184 out of the 216th Judicial District Court, Kerr County, Texas, are AFFIRMED.

SIGNED June 21, 2023.

_____
Irene Rios, Justice